AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| JASON HUNTER | ) | |
| WALTER NORTON | ) | 24-7150-JCB |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _April 3, 2024_ in the county of _Suffolk_ in the _____ District of _Massachusetts_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to distribute and to possess with intent to distribute methamphetamine and marijuana |

This criminal complaint is based on these facts:

See attached Affidavit of DEA Special Agent Ryan P. Glynn.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan P. Glynn, DEA Special Agent
*Printed name and title*

Subscribed and sworn to via telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date:   04/03/2024

_____
*Judge's signature*

City and state:   Boston, Massachusetts

Hon. Jennifer C. Boal, U.S. Magistrate Judge
*Printed name and title*