# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** Revere, MA  **Category No.** II  **Investigating Agency** DEA

**City** Revere
**County** Suffolk

**Related Case Information:**
Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number: 24-7150-JCB
Search Warrant Case Number: 24-7151-JCB, 24-7152-JCB
R 20/R 40 from District of _____

**Defendant Information:**
Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   Yes ☐   No ☑

Defendant Name: Jason Hunter   Juvenile: Yes ☐  No ☑
Is this person an attorney and/or a member of any state/federal bar:  Yes ☐  No ☑
Alias Name: _____
Address: Revere Street, Revere, MA
Birth date (Yr only): 1976   SSN (last 4#): _____   Sex: M   Race: _____   Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

**U.S. Attorney Information**
AUSA: Katherine Ferguson   Bar Number if applicable: _____

**Interpreter:** Yes ☐  No ☑   List language and/or dialect: _____

**Victims:** Yes ☐  No ☑   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  Yes ☐  No ☐

**Matter to be SEALED:** Yes ☐  No ☑

☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:** Boston Police
**Arrest Date:** April 3, 2024

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/3/2024   Signature of AUSA: *Katherine Ferguson*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**  Jason Hunter

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to distribute methamphetamine & marijuana | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013