**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** Revere, MA    **Category No.** II    **Investigating Agency** DEA

**City** Revere

**County** Suffolk

**Related Case Information:**
- Superseding Ind./Inf.:    Case No.:
- Same Defendant:    New Defendant:
- Magistrate Judge Case Number: 24-7150-JCB
- Search Warrant Case Number: 24-7151-JCB, 24-7152-JCB
- R 20/R 40 from District of:

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ___    ☐ Yes   ☑ No

**Defendant Information:**

Defendant Name: Jason Hunter    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: Revere Street, Revere, MA

Birth date (Yr only): 1976    SSN (last 4#): ___    Sex: M    Race: ___    Nationality: USA

**Defense Counsel if known:** Cara McNamara    **Address:** 51 Sleeper Street, 5th Floor, Boston, MA 02210

Bar Number:

**U.S. Attorney Information**

AUSA: Katherine Ferguson    Bar Number if applicable:

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:**

**Arrest Date:** April 3, 2024

☑ Already in Federal Custody as of 04/04/2024 in Plymouth.
☐ Already in State Custody at ___    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ___ on ___

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty ___    ☐ Misdemeanor ___    ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/11/2024    Signature of AUSA: *Katherine Ferguson*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Jason Hunter

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1), (b)(A)(viii), and (b)(1)(B)(ii) | Distribution of and Possession with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine, 500 Grams or More of Cocaine, and Other Controlled Substances | 2 |
| Set 3 | 18 U.S.C. § 1956(h) | Money Laundering Conspiracy | 4 |
| Set 4 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**Criminal Case Cover Sheet**                        **U.S. District Court - District of Massachusetts**

**Place of Offense:** Revere, MA     **Category No.** II     **Investigating Agency** DEA

**City** Revere
**County** Suffolk

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 24-7150-JCB
- Search Warrant Case Number: 24-7151-JCB, 24-7152-JCB
- R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

- Defendant Name: Walter Norton    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- Alias Name: _____
- Address: High Hill Road, Atkinson, NH
- Birth date (Yr only): 1979    SSN (last 4#): _____    Sex: M    Race: _____    Nationality: USA
- Defense Counsel if known: James L. Sultan    Address: 1666 Massachusetts Avenue, Suite P-16, Lexington, MA 02420
- Bar Number: _____

**U.S. Attorney Information**
- AUSA: Katherine Ferguson    Bar Number if applicable: _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☐ Regular Process    ☑ In Custody

**Location Status:** _____

**Arrest Date:** April 3, 2024

- ☑ Already in Federal Custody as of 04/04/2024 in Plymouth.
- ☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment
**Total # of Counts:** ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/11/2024    Signature of AUSA: *Katherine Ferguson*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Walter Norton

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances | 1 |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(A)(viii) | Possession with Intent to Distribute 500 Grams or More of a Mixture and Substance Containing Methamphetamine and Marijuana | 3 |
| Set 3 | 21 U.S.C. § 853 | Drug Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**