UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

#24-CR-10090-WGY

_____

UNITED STATES

v.

WALTER NORTON

_____

**DEFENDANT'S MOTION TO BE RELEASED ON CONDITIONS
FOLLOWING DETENTION HEARING**

Walter Norton, defendant in the above-captioned criminal case, hereby moves this Court, pursuant to 18 U.S.C. §3142 (a)(2), to be released on reasonable conditions. Since the government has previously moved for detention and the defendant agreed to voluntary detention without prejudice, the defendant respectfully requests that the Court schedule a detention hearing as soon as possible.

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 22, 2024.

_____/s/ James L. Sultan_____