UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 24-10090-WGY |
| | ) |
| WALTER NORTON, | ) |
| | ) |
| Defendant | ) |
| | ) |

### INFORMATION PURSUANT TO 21 U.S.C. § 851

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant Walter Norton, the United States will seek increased punishment by reason of the following:

Before the defendant, Walter Norton, committed the offenses charged in this case, the defendant had been convicted of conspiracy to distribute cocaine, in violation of Title 21, United States Code, Section 846 (*see United States v. Walter Norton*, District of New Hampshire Case 1:04-cr-00057-JD), a serious drug felony, for which the defendant served a term of imprisonment of more than 12 months, and for which the defendant's release from any term of imprisonment was within 15 years of the commencement of the instant offense.

As a result of that conviction, the defendant, Walter Norton, is subject to increased punishment under Title 21, United States Code, Section 841(b)(1)(A)(viii).

                                          Respectfully submitted,

                                          JOSHUA S. LEVY
                                          Acting United States Attorney

                            By:   */s/ Katherine Ferguson*
                                          KATHERINE FERGUSON
                                          Assistant U.S. Attorney

Date:  April 23, 2024

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non- registered participants.

By:  /s/ *Katherine Ferguson*
KATHERINE FERGUSON
Assistant U.S. Attorney

Date:  April 23, 2024