AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

For the    DISTRICT OF    Massachusetts

United States of America

V.

Walter Norton

**EXHIBIT AND WITNESS LIST**

Case Number: 24-cr-10090

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Jennifer C. Boal | Katherine Ferguson | James Sultan |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 04/23/2024 | Digital Recorder | Aaron Hutchins |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |  | 4/23/2024 | 1 | 1 | Complaint |
| 2 |  |  |  |  | Bank Records of Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages