**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| V. | NO.  24-10090-WGY |
| **HUNTER et al** | |

**INITIAL SCHEDULING ORDER**

  YOUNG, D.J.

The above named defendant(s) having been arraigned on  April 23, 2024  before Magistrate Judge Jennifer C. Boal , and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by  5/21/2024 .  See L.R.116.1(C).

B. The defendant shall provide automatic discovery by  5/21/2024 .  See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by  6/4/2024 .  See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by  6/18/2024 .  See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on  June 3, 2024  at  2:00  p.m. in Courtroom No.  18  on the  5th  floor.

By the Court,

  May 15, 2024                             /s/ Jennifer Gaudet
Date                                             Deputy Clerk