UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

#24-CR-10090-WGY

_____

UNITED STATES

v.

WALTER NORTON

_____

**DEFENDANT'S MOTION FOR TWO-WEEK EXTENSION
OF TIME FOR FILING SUBSTANTIVE MOTIONS
(ASSENTED-TO)**

Walter Norton, defendant in the above-captioned criminal case, hereby moves this Court to extend the deadline for filing substantive motions for two weeks until October 14, 2024. As grounds therefore, defendant avers as follows:

1. In its Scheduling Order dated June 4, 2024, the Court set a deadline for the filing of substantive motions of September 30, 2024. In compliance with that deadline, the defendant filed a motion to suppress statements on September 27, 2024.

2. Based upon input received by undersigned counsel from the defendant over the past week, the defendant may wish to file a motion to suppress evidence seized following an automobile pursuit prior to his arrest on April 3, 2024. In light of the importance of this evidence and the defendant's interest in exploring a motion to suppress it, it is in the interests of justice that the Court allow him an additional two weeks in which to conduct legal research and file such a motion, if warranted.

3. The government assents to the allowance of the instant motion.

        Respectfully submitted,

        **WALTER NORTON**

        By his attorney,

        /s/ James L. Sultan
        James L. Sultan, BBO #488400
        jsultan@rankin-sultan.com
        Rankin & Sultan
        1666 Massachusetts Avenue, #P-16
        Lexington, MA 02420
        (617) 720-0011

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 30, 2024.

        /s/ James L. Sultan