UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.: 24-CR-10090-WGY |
| | ) | |
| JASON HUNTER | ) | |
| | ) | |

**ASSENTED TO MOTION TO CONTINUE TRIAL**

Counsel for Mr. Hunter files this assented to motion to continue the trial date, presently scheduled for November 18, 2024. As grounds, the defendant requires additional time to review, prepare for trial, as well as to discuss resolution with the government short of trial. This is the first request for a continuance of the trial date set at the initial pretrial conference. Counsel represents that she communicated about this request with the government, through Assistant United States Attorney Katherine Ferguson, and the government assents to the request as stated. Counsel similarly discussed the request with co-defendant counsel for Norton, and states that Norton joins this request to continue. If granted, the parties will contact the Court with proposed dates to reschedule.

Respectfully submitted,

JASON HUNTER
By his Attorney,

*/s/ Cara McNamara*
Cara McNamara
B.B.O. 712096
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Telephone: 617-223-8061

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 9, 2024.

/s/ *Cara McNamara*
Cara McNamara