October 24, 2024

AUSA Katherine H. Ferguson
Office of the United States Attorney
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

Re:   *United States v. Walter Norton,* 24-10090-WGY

Dear AUSA Ferguson:

I am writing pursuant to Local Rule 116.3(a) to request additional discovery that has not yet been provided by the government, as detailed below. If any of the requested information exists, I believe it would be exculpatory under well-settled federal constitutional law:

> With respect to Massachusetts State Trooper Xhuljo Hysa, Massachusetts State Trooper Jaime Cepero, and DEA Senior Forensic Chemist Yuriy Uvaydof, provide any and all documents and other information as to whether each such individual has been the subject of any allegation of misconduct (external or internal; formal or informal; criminal or civil) relating to their professional duties or has been found to have engaged in any specific instance of untruthfulness in any matter.

I would appreciate a response as to whether or not the government will agree to produce the requested information or state in writing that no such information exists. If the government declines to produce the requested information, I intend to file a motion for the production of such exculpatory evidence.

Thank you for your anticipated attention to this request.

Sincerely yours,

/s/ James L. Sultan
James L. Sultan

JLS/lc
BY E-MAIL TO katherine.ferguson@usdoj.gov