Exhibit List 24-cr-10090- USA v. Walter Norton

| Exhibit | Description |
|---|---|
| 1 | Video clip from MSP Trooper Xhulio Hysa's Body Worn Camera of motor vehicle stop |
| 2 | Video clip from MSP Trooper Xhulio Hysa's Body Worn Camera of motor vehicle stop – in slow motion |
| 3 | Video clip from MSP Trooper Xhulio Hysa's Body Worn Camera of car inventory following motor vehicle stop |
| 4 | Photographs taken during the search of Honda CRV |
| 5 | Surveillance photograph of Walter Norton |
| 6 | Photograph of cash seized from Jason Hunter |
| 7 | Drug Enforcement Administration Drug Exhibit 12 |
| 8 | Drug Enforcement Administration Drug Exhibit 1 |
| 9 | Drug Enforcement Administration Drug Exhibit 3 |
| 10 | Drug Enforcement Administration Drug Exhibit 2 |
| 11 | Brown draw string bag |
| 12 | Photographs taken during the stop of Walter Norton's car |